UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 06/16/06

To: Clerk's Office          ATTN: (XXX) CIVIL
    Richard H Chambers U.S. Court of
    Appeals Building
    125 South Grand Avenue         () CRIMINAL
    Pasadena, CA 91105
                                   ()JUDGE

From: Shari Fuhrer
      U.S. District Court
      222 West 7th Avenue, #4
      Anchorage, Alaska 99513


DC No: 3:04-cv-00266RRB          Appeal No: 05-35823

Short title: Jarnig v Schmidt

Composition of Record

Clerk's Files in 2   volumes   (xx) original   () certified copy

    Bulky docs. 2  volumes, docket # 51
                     (folders)

Reporter's   in _____ volumes   () original   ()certified copy
Transcripts

Exhibits:   in _____ envelopes   () under seal

        in _____ boxes       () under seal

Other: **NOTE: (certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)


Acknowledgement:_____   Date:_____
"record.app" [11/21/97]