UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
**AMENDED** RECORD TRANSMITTAL FORM

Date: __06/19/06__

To: Clerk's Office  ATTN: (xxx) CIVIL
    Richard H. Chambers U.S. Court of
    Appeals Building  () CRIMINAL
    125 South Grand Avenue
    Pasadena, CA 91105  ()JUDGE

From:  Shari Fuhrer
      U. S. District Court
      222 West 7th Avenue, #4
      Anchorage, Alaska 99513

DC No: __3:04-cv-00266-JWS__  Appeal No: __05-35823__

Short title: __Jarnig v Schmidt__

Composition of Record

Clerk's Files in __3__ volumes  (xx) original  () certified copy

    Bulky docs. __2__ volumes, docket # __#51__
                              (folders)

Reporter's in _____ volumes  () original  ()certified copy
Transcripts

Exhibits:  in _____ envelopes  () under seal

        in _____ boxes  () under seal

Other: **NOTE: (certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)

Acknowledgement:_____  Date:_____
"record.app" [11/21/97]