**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED
NOV 28 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
DEC 2 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| JONATHAN NEAL JARNIG, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JOE SCHMIDT, <br><br> Defendant - Appellee. | No. 05-35823 <br><br> D.C. No. CV-94-00266-JWS/AHB <br><br> ORDER* |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Argued and Submission Deferred July 24, 2006**
Anchorage, Alaska

Before:  **KOZINSKI, BERZON** and **TALLMAN**, Circuit Judges.

This case is hereby resubmitted as of November 22, 2006. Appellant's motion for voluntary dismissal is granted.

---

\*       This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*      This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).