UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN NEAL JARNIG,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JOE SCHMIDT,<br><br>Defendant - Appellee. | No. 05-35823<br>D.C. No. CV-94-00266-JWS/AHB<br><br>**RECEIVED**<br>DEC 2 6 2006<br>**JUDGMENT**<br>CLERK U.S. DISTRICT COURT<br>ANCHORAGE, ALASKA |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 11/28/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 2 1 2006

by: _____
Deputy Clerk