NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
MAY 0 8 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN NEAL JARNIG,<br><br>Petitioner - Appellant,<br><br>v.<br><br>JOE SCHMIDT,<br><br>Respondent - Appellee. | No. 05-35823<br><br>D.C. No. CV-04-00266-JWS/AHB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
MAY 11 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before:  **KOZINSKI, BERZON** and **TALLMAN**, Circuit Judges.

The mandate in this appeal issued on December 20, 2006. We have no authority to entertain motions relating to this matter without first recalling the mandate. We construe petitioner's "motion requesting reinstatement of appeal" as a motion to recall the mandate and find that the high standard set forth in Calderon v. Thompson, 523 U.S. 538, 550 (1998), is not satisfied. The motion to recall the mandate is denied, and we therefore decline to rule on all other pending motions, which are not properly before us.